<u>RULE 7.1.1 CERTIFICATION</u>

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

             <u>/s/ Elizabeth R. McFarlan</u>
             Deputy Attorney General

             Counsel for Respondent

Date:  June 14, 2005