IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. HAMILTON, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1233-GMS |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

**AFFIDAVIT OF RICKY L. PORTER JR.**

I, Ricky L. Porter Jr., having been duly sworn according to the law, so hereby depose and state the following:

1. I am presently employed by the State of Delaware, Department of Correction, in the capacity of a Probation and Parole Officer.

2. In my capacity as a Probation and Parole Officer, I have access to the Delaware Criminal Information System. I was assigned to supervise John H. Hamilton, Jr., SBI # 00316350. Hamilton reached his maximum expiration date on February 7, 2005, and thus completed his period of probation on that day. His case has been closed by Probation and Parole.

3. I have made these statements based on my personal knowledge and review of John H. Hamilton, Jr.'s incarcerative history.

_____
Ricky L. Porter Jr.
Probation & Parole Officer

SWORN AND SUBSCRIBED BEFORE ME THIS \_\_\_\_ DAY OF July, 2005.

_____
Notary Public