**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JOHN H. HAMILTON, JR.**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 04-1233-GMS |
| | : |
| **RICHARD KEARNEY**, | : |
| Warden, | : |
| | : |
| Respondent. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief & Appendix (No. 495, 2003)

   b. State's Motion to Affirm (No. 495, 2003)

   c. Order (May 12, 2004) (No. 495, 2003)

2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0106017907 has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

July 19, 2005

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 19, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on July 19, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

>John H. Hamilton, Jr.
>28 Main Street
>Farmington, DE 19950

>/s/ Elizabeth R. McFarlan
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 3759
>elizabeth.mcfarlan@state.de.us