**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JOHN H. HAMILTON, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1233-GMS |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF FILING OF ORIGINAL EXHIBIT**

Notice is hereby given that the original Affidavit of Ricky L. Porter, Jr., an exhibit to the Answer filed on July 19, 2005, has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

July 26, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I electronically filed a notice of filing of original exhibit with the Clerk of Court using CM/ECF and manually filed the document referenced therein. I also hereby certify that on July 26, 2005, I have mailed by United States Service, two copies of the notice and the document referenced therein to the following non-registered participant:

    John H. Hamilton, Jr.
    28 Main Street
    Farmington, DE 19950

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us