IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. HAMILTON, JR., | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 04-1233-GMS |
| RICHARD KEARNEY, Warden, | : |
| Respondent. | : |

### AFFIDAVIT OF RICKY L. PORTER JR.

I, Ricky L. Porter Jr., having been duly sworn according to the law, so hereby depose and state the following:

1. I am presently employed by the State of Delaware, Department of Correction, in the capacity of a Probation and Parole Officer.

2. In my capacity as a Probation and Parole Officer, I have access to the Delaware Criminal Information System. I was assigned to supervise John H. Hamilton, Jr., SBI # 00316350. Hamilton reached his maximum expiration date on February 7, 2005, and thus completed his period of probation on that day. His case has been closed by Probation and Parole.

3. I have made these statements based on my personal knowledge and review of John H. Hamilton, Jr.'s incarcerative history.

_____
Ricky L. Porter Jr.
Probation & Parole Officer

SWORN AND SUBSCRIBED BEFORE ME THIS 13th DAY OF July, 2005.

_____
Notary Public